TROPICAL AVIATION GROUND SERVICES, INC., A Florida corporation, Plaintiff–Appellee,

v.

Kenneth JENNE, II, Sheriff of Broward County, Robert Sierra, Defendants–Appellants.

No. 04–13426.
D.C. Docket No. 04–60416 CV–PCH.

United States Court of Appeals, Eleventh Circuit.

May 2, 2005.

Leonard Wilder, Tucker & Tighe, P.A., Ft Lauderdale, FL, for Plaintiff–Appellee.

Chris Kleppin, Glasser, Boreth, Ceasar & Kleppin, Plantation, FL, for Defendants–Appellants.

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM.

Appellant Robert Sierra, an employee of the Broward County Sheriff's Office, conducted a warrantless search on the commercial premises of Appellee Tropical Aviation Ground Services, Inc. (Tropical Aviation). Pursuant to 42 U.S.C. § 1983, Tropical Aviation brought suit against Sierra, alleging a violation of the Fourth Amendment. Sierra filed a Rule 12(b)(6) motion to dismiss the complaint based on qualified immunity. The district court denied Sierra's motion, and this appeal fol-

lowed. The district court did not err in denying Sierra's motion to dismiss.

**AFFIRMED.**